# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0262
Lower Tribunal Nos. CF19-002820-XX and CF19-002821-XX

_____

HEATHER MONTANA TYLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and GANNAM, JJ., concur.


Heather Montana Tyler, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED